Supreme Court, Onondaga Special Term, December, 1901. Unreported.

PEOPLE ex rel. THEODORE O. HICKOK *v.* IRVING COONLEY as County Treasurer.

*Wilson, Cobb & Ryan,* for relator.

*White & Bond,* for Irving Coonley.

*Albert O. Briggs,* for State Commissioner of Excise. (*William E. Schenck,* of counsel.)

ANDREWS, J. The certificate must be issued by the county treasurer. He has no discretion when the proper papers are presented to him. If it shall be found that the consents of landlords or property owners have been duly revoked the certificate can therefore be cancelled.